UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EARL WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL MARTEL,<br><br>Respondent. | No. 2:18-cv-2224 KJM DB P<br><br><br><br>ORDER |

Petitioner is a state inmate proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Presently before the court is petitioner's request for an extension of time to file objections to the court's August 4, 2021 findings and recommendations. (ECF No. 25.) Good cause appearing the court will grant the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 25) is granted; and

2. Petitioner shall file any objections within sixty days from the date of this order.

Dated: August 19, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/will2224.111(2)