UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EARL WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL MARTEL,<br><br>Respondent. | No. 2:18-cv-02224 KJM DB<br><br><br><br>ORDER |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Presently before the court is petitioner's request for reconsideration, motion to appoint counsel, and motion for an evidentiary hearing.  (ECF No. 43.)  For the reasons set forth below, the court will deny the request for reconsideration as moot, and deny the motions for evidentiary hearing and to appoint counsel without prejudice.

      Petitioner seeks reconsideration of a prior order denying his request for additional time and requests that his objections (ECF No. 42) be accepted as timely filed.  (ECF No. 43 at 1.)  In light of the March 25, 2022, order granting petitioner's requests for additional time to file objections (ECF No. 41), the court will deny petitioner's request for reconsideration as moot.  Petitioner's objections shall be deemed timely filed.

      Petitioner has also requested the appointment of counsel and an evidentiary hearing.  (ECF No. 43 at 1.)  There currently exists no absolute right to appointment of counsel in habeas

proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases.

In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time. The undersigned recommended that the petition be denied, and the finding and recommendations are pending before the assigned United States District Court. Accordingly, the court will deny petitioner's requests for the appointment of counsel and for an evidentiary hearing without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for reconsideration (ECF No. 43) is denied as moot;
2. Petitioner's motion for the appointment of counsel (ECF No. 43) is denied without prejudice; and
3. Petitioner's motion for an evidentiary hearing (ECF No. 43) is denied without prejudice.

Dated: April 12, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/will2224.mta.ev  hrg