UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Earl Williams, | No. 2:18-cv-02224-KJM-DB |
| Petitioner | ORDER |
| v. | |
| Michael Martel, | |
| Respondent | |

Judgment was entered on this case on August 19, 2022 after this court adopted the magistrate judge's findings and recommendations and denied the petitioner's petition for writ of habeas corpus. *See* Judgment, ECF No. 46; Order, ECF No. 45. Petitioner has now filed a "supplemental letter," which the court construes as a motion for reconsideration. Suppl. Letter, ECF No. 47; *see also* Fed R. Civ. P. 59(e) ("A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment."). A Rule 59(e) motion "should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *389 Orange Street Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999).

Petitioner presents several pieces of evidence, including letters from his counselor and friends, that emphasize his efforts toward rehabilitation. *See generally* Suppl. Letter. While the court commends petitioner for such efforts, he still has not produced sufficient evidence to satisfy

1

the stringent requirements to obtain habeas relief, even assuming the documents he provided might qualify as "new evidence" supporting reconsideration.  Thus, the motion is **denied.**

This order resolves ECF No. 47.

IT IS SO ORDERED.

DATED:  September 8, 2022.

CHIEF UNITED STATES DISTRICT JUDGE